IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| A. B.,  <br>   Plaintiff,  <br><br> v.  <br><br>YMCA CAMP TOCKWOGH, et al.  <br><br>   Defendants. | Civil Action No. _____ |

## NOTICE OF REMOVAL

Defendant National Council of Young Men's Christian Associations of the United States of America a/k/a YMCA of the USA ("Defendant" or "YMCA-USA"), with the consent of Defendant Young Men's Christian Association of Delaware, Inc. a/k/a YMCA of Delaware ("YMCA-Delaware") (collectively, the "Defendants")– through counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and Local Rule 103 – hereby notices the removal of this civil action brought by Plaintiff A.B. ("Plaintiff") from the Circuit Court for Kent County, Maryland, to the United States District Court for the District of Maryland.[1]

  1. The action being removed is designated in the Maryland state court as *A.B. v. YMCA Camp Tockwogh, et al.,* Case No. C-14-CV-25-000151, Circuit Court for Kent County, Maryland (the "Action").

  2. Removal to the United States District Court for District of Maryland is proper because this Court has diversity jurisdiction over this Action pursuant to 28 U.S.C. § 1332, and it is the District within which the Action was filed. 28 U.S.C.

---

[1] In the Complaint, it is stated that A.B.'s full name and address will be identified to the defendants with the summons and Complaint served. *See* Complaint at footnote 1. YMCA-USA has not yet been informed or learned of the full name and address for A.B.

§ 1446(a).  In support of this Notice of Removal, Defendant YMCA-USA, joined by Defendant YMCA-Delaware which is the only other actual defendant, further states as follows.

3. Plaintiff sued Defendants in the Circuit Court for Kent County, Maryland, filing the Complaint on or around May 25, 2025.  The Complaint asserts three counts and, as reflected by the Civil Non-Domestic Information Sheet that was filed along with the Complaint, the Complaint seeks over $100,000 in monetary damages not including any further request for attorney's fees, interest, or court costs. *See* Civil Non-Domestic Information Sheet at page 2.

4. This Court has jurisdiction over this removed Action pursuant to 28 U.S.C. §§ 1332 and 1441(b); *i.e.*, there is diversity of citizenship jurisdiction for this Action.

5. This Action could have been filed originally in this Court pursuant to 28 U.S.C. § 1332 because this Court has original jurisdiction over and for the matter: (a) there is complete diversity of citizenship among the parties; and (b) the amount in controversy exceeds $75,000, exclusive of interests and costs.  Diversity of citizenship jurisdiction now exists, and it has existed at the time of the filing of the complaint and at all times since.

6. Plaintiff A.B. is an individual who is a resident of Pennsylvania (*see* Complaint ¶ 4) and thus, upon information and belief including such alleged residency, Plaintiff is domiciled in Pennsylvania.  Plaintiff A.B. is therefore a citizen of the State of Pennsylvania for purposes of diversity of citizenship jurisdiction.

7. Defendant YMCA-USA is a not-for-profit corporation that is incorporated under the laws of the State of Illinois and that has its headquarters and principal place of business located in the State of Illinois. *See also* Complaint ¶ 7. Defendant YMCA-USA is therefore a citizen of the State of Illinois for purposes of diversity of citizenship jurisdiction.

8. Defendant YMCA-Delaware is a not-for-profit corporation that is incorporated under the laws of the State of Delaware and that has its headquarters and principal place of business located in the State of Delaware. *See also* Complaint ¶ 6. Defendant YMCA-Delaware is therefore a citizen of the State of Delaware for purposes of diversity of citizenship jurisdiction.

9. The Complaint asserts that there allegedly exists a separate "Defendant YMCA Camp Tockwogh" alleged as being "incorporated in Maryland" and "a local chapter of the YMCA of Delaware." *See, e.g.,* Complaint ¶ 5. However, there is no such Maryland corporation or a separate legal entity of "YMCA Camp Tockwogh." Rather, the camp is run by and a branch of Defendant YMCA-Delaware. The camp is not an additional or separate legal entity for purposes of diversity of citizenship jurisdiction.

10. On June 27, 2025 via service upon its listed resident agent, Defendant YMCA-USA was served with a writ of summons and copies of the Complaint, the Civil Non-Domestic Case Information Sheet, and an attorney letter to the State court dated May 25, 2025. Thus, this Notice of Removal by YMCA-USA is timely filed and is filed within 30 days of the receipt by YMCA-USA of those materials as calculated under the Federal procedure, as the 30th calendar day fell on a Sunday extending the time for removal to the next business day, Monday, July 28, 2025 (which is when this Notice of

Removal is being filed). 28 U.S.C. § 1446(b)(2)(B) ("[e]ach defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons ... to file the notice of removal"); *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

11. Defendant YMCA-Delaware joins in, and consents to, this Notice of Removal being filed by Defendant YMCA-USA and to the removal of the Action by Defendant YMCA-USA to federal court. Accordingly, all defendants in this action join in and consent to the removal of this Action by Defendant YMCA-USA. 28 U.S.C. § 1446(b)(2)(A).

12. Venue lies in this Court because the Action is pending within this district and division. 28 U.S.C. § 1441(a); 28 U.S.C. § 100(1).

13. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be promptly served on all parties, and a copy will be promptly filed with the Clerk of the Court for the Circuit Court for Kent County, Maryland. A Notice of Filing of Notice of Removal also will be promptly served on all parties and filed with the Clerk of the Court for the Circuit Court for Kent County, Maryland.

14. Copies of all process, pleadings, orders or papers served upon Defendant YMCA-USA to date are submitted herewith as Exhibits 1 through 4 and are thereby filed with this Notice, as provided by 28 U.S.C. § 1446(a). Those materials submitted herewith are:

| | |
|---|---|
| Exhibit 1 | Copy of Complaint filed in the State court. |
| Exhibit 2 | Copy of the Civil-Non-Domestic Case Information Sheet filed in the State court. |

| | |
|---|---|
| Exhibit 3 | Copy of the Writ of Summons issued by the State court for Defendant YMCA-USA. |
| Exhibit 4 | Copy of the attorney letter dated May 25, 2025. |
| Exhibit 5 | Copy of the State court Docket Sheet dated July 28, 2025. |

As reflected above, a copy of the docket sheet for the Action in the Circuit Court for Kent County, Maryland as of July 28, 2025 is submitted herewith as Exhibit 5 and thereby filed with this Notice, as required by Local Rule 103.5(a).

THEREFORE, having met all the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including the presence of all jurisdictional requirements established by 28 U.S.C. § 1332, Defendant YMCA-USA hereby gives this notice and hereby removes the Action to the United States District Court for the District of Maryland.

Dated: July 28, 2025

/s/ John T. Prisbe

---

John T. Prisbe   (Bar No. 04669)
jtprisbe@venable.com
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland  21202
Grace C. O'Malley   (Bar No. 31054)
gco'malley@Venable.com
Venable LLP
600 Massachusetts Avenue, NW,
Washington, DC 20001
Telephone: (410) 244-7400
Fax: (410) 244-7742

*Attorneys for Defendant National Council of Young Men's Christian Associations of the*

#67442331                               5

*United States of America a/k/a YMCA of the USA*

**Consent / Joinder by Defendant YMCA-Delaware to Removal of the Action**

Defendant Young Men's Christian Association of Delaware, Inc. a/k/a YMCA of Delaware, through its undersigned counsel, hereby consents to and joins in the Notice of Removal being filed by Defendant YMCA-USA and to the removal of the Action by Defendant YMCA-USA to federal court.

/s/ Zachary Miller by JT Prisbe with permission
_____
Angela W. Russell (Bar No. 15227)
Zachary Miller (Bar No. 20088)
Wilson Elser Moskowitz Edelman & Dicker LLP
250 West Pratt Street, Suite 2200
Baltimore, Maryland 21201
Angela.Russell@wilsonelser.com
Zachary.miller@wilsonelser.com
Tel.: (410) 962-7025

*Attorneys for Defendant Young Men's Christian Association of Delaware, Inc. a/k/a YMCA of Delaware*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, a copy of the foregoing "Notice of Removal" was served by the Court's ECF system and also served by email to:

>Andrew S. Janet, Esquire (Bar No. 20901)
>Janet, Janet & Suggs, LLC
>4 Reservoir Circle, Suite 200
>Baltimore, Maryland 21208
>Tel.: (410) 653-3200
>asjanet@jjsjustice.com
>
>*Attorney for Plaintiff*
>
>
>Angela W. Russell (Bar No. 15227)
>Zachary Miller (Bar No. 20088)
>Wilson Elser Moskowitz Edelman & Dicker LLP
>250 West Pratt Street, Suite 2200
>Baltimore, Maryland 21201
>Angela.Russell@wilsonelser.com
>Zachary.miller@wilsonelser.com
>Tel.: (410) 962-7025
>
>*Attorney for Defendant Young Men's Christian Association of Delaware, Inc. a/k/a YMCA of Delaware*

<br>

                                                */s/ John T. Prisbe*

                                                John T. Prisbe